IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Warren Paul Felger – #104410

/

No. C 13-80177 WHA

**ORDER OF SUSPENSION**

    Because Warren Felger has failed to respond to the order to show cause, Mr. Felger's membership in the bar of this Court is hereby **SUSPENSED**.

**IT IS SO ORDERED.**

Dated: October 7, 2013.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE